1054

[No. 43267-2-I. Division One. May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. SKINNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00059-3, Paul D. Hansen, J., entered November 14, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Baker and Becker, JJ.

[No. 43771-2-I. Division One. May 24, 1999.]

SCOTT OGLESBEE, ET AL., *Respondents*, v. SKAGIT COUNTY, *Respondent*, JEFFREY REED, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-2-01940-4, Steven J. Mura, J., entered February 27, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.

[No. 16868-9-III. Division Three. May 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAY NASON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00115-4, Richard J. Schroeder, J., entered July 29, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J. Now published at 96 Wn. App. 686.

[No. 17015-2-III. Division Three. May 25, 1999.]

PAMELA S. SHUPE, *Appellant*, v. EFFIE JEAN KETTING, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 93-2-00261-8, Dennis D. Yule, J., entered October 16, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.